In The United States Federal Court

Cleveland Ohio

FILED

2017 NOV 27  AM 10: 11

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

1 : 17  CV  2471

Plaintiff;

Secunda Ann Williams

13800 Fairhill Rd.

Shaker, Hts, Ohio 44121

Defendant;

First Realty Property Management Company

6690 Beta Drive

MayfieldVillage, Ohio 44143

Case;

JUDGE GWIN

MAG. JUDGE RUIZ

I Secunda Ann Williams, is filing this complaint  against this

Party , due to the Hobbs Act Law 18. U. S. code 1951 passed 1946, and somewhat of the RICO ACT.

Due to the wrongfull death of my mother Annie Lee [Ford] Williams that has left her Estate behind

To her only daughter child and her spouse as of being deceased on this day and before. I Secunda Ann

Williams has been getting nothing but any of everthing  with all of the interferance of obstructing

The Laws of another holdings and property  and regaurds of anything else. With Interferance

With the use of tenants and outside people, of destroying the property as when my mother

Annie Lee [Ford] Williams was alive and is now deceased. There has been none of any kind

Of payment of rent received from this Management company, from August 2015 until this

Day for South Park Condos or South Park Manor Condominiums houses are South Park [DIRECT].

There has been threats of utility outage Fraudruelt   Fourclosure of an loan that isn,t of any regaurds

To any of the properties constant entering the primeses  of their on ottire I am asking the court .

For any and all relief of damages and mental harm that has been forced against me Secunda Ann ,

Williams, from day to day  and to remove them from all and any of estate any anything  else that

Retained from my mother Annie Lee [Ford] Williams on this day of the past and present. May the

Court think PEACEFULLY  AND HONORABLE  WITH ALL AND ANY RELIEF OF THE MIND.[ In the Sum OF

What has been not Rrecieved  ofRretainment  of rental properties South Park Condo South park manor

Conduminiums houses and all and any damages to the properties. [exhibit a, b , c, d]

Secunda Ann [Ford] Williams

*Secunda A. Williams*

P. O Box 41142

mont geeaey - Al. 36104